UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN ELSTEIN                                              JURY TRIAL DEMANDED

v.                                              CASE NO.  3:05CV

RAPID RECOVERY SERVICES, LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. l5 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business at  15 Pine Court, Cromwell CT 06416   which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to obtain payment of towing and storage charges  payment for Lang's Auto on a vehicle plaintiff did not own.

7.  Defendant engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to the disputed personal charges.

8. Defendant's attached letter does not contain the notices required by 15  U.S.C. § §1692e(11) or –g. or the parallel requirements of state law.

FIRST COUNT

9.  In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net



# RRS

**Rapid Recovery Services, LLC**

P.O. Box 162, Cromwell, CT 06416
860-635-2466  Fax: 860-635-2488

May 10, 2004

Karen Elstein
P.O. Box
Greens Farms, CT 06436

Dear Ms. Elstein:

This letter is being sent to you on behalf of **Lang's Auto, 527 Federal Road, Brookfield, CT**.

The Department of Motor Vehicles' records indicate that you are the last known owner of record or lien holder for the vehicle or trailer listed below. This vehicle was placed in the possession of **Lang's Auto**, on **12/12/2003** by owner or lessee of the private property located at **Danbury Square.**

This notification to you by certified mail as required by law, is to inform you that the process to sell or dispose of this vehicle will be initiated within 15 to 35 days from date of Tow by filing notice of "Intent to Sell" with Department of Motor Vehicles and will be disposed of or sold thereafter. In order to claim this vehicle you must pay the Towing and Storage fees prior to its disposal or auction.

Vehicle Identification Number **1GNDU06D2NT120590**

Year: **1994**     Make: **Chevy**     Model: **Lumina**

Current charges for Towing and Storage to date remain outstanding. Additional storage fees will be added daily to the amount you owe until you either claim the vehicle or its disposal or auction. **NOTE:** Even if you do not pick up the vehicle you are still legally obligated to pay the towing and storage charges.

Please call **Lang's Auto** at **(203) 775-3886** to arrange payment as soon as possible to avoid legal action.

Sincerely,

*Richard Douglas*

Richard Douglas

CC: Lang's Auto

## DO NOT IGNORE THIS NOTICE

Owner – Private Property /Intent to Sell or Dispose