UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN ELSTEIN

v.                                        CASE NO.  3:05CV 537 (JCH)

RAPID RECOVERY SERVICES, LLC         June 7, 2005

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on June 7, 2005, postage prepaid, to:

Joan D'Antonio
Rapid Recovery Services LLC
PO Box 162
Cromwell CT 06416

_____/s/ Joanne S. Faulkner ____
Joanne S. Faulkner Esq.